# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Patricia Arvide** | : | **Case No.: 13-42858** |
| | : | **Chapter 7** |
| **Debtor.** | : | **Judge Carol A. Doyle** |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Comes now Cari A. Kauffman and enters her appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor"), by and through its mortgage servicing agent Aldridge Connors, LLP, in the above referenced case. Please send any and all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Cari A. Kauffman
    Cari A. Kauffman (6301778)
    Keith Levy (6279243)
    Sarah E. Willms (28840-64)
    Stacey A. O'Stafy (0070386)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus OH  43216-5028
    614-220-5611; Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Cari A. Kauffman.
    Contact email is cak@manleydeas.com

14-000715_KMG2

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

| | |
|---|---|
| U.S. Trustee | Karen Walin |
| Patrick S. Layng | Attorney for Patricia Arvide |
| Office of the United States Trustee | Chicago Legal, LLC |
| Region 11 | 3833 S. Harlem Avenue |
| 219 S. Dearborn Street | Berwyn, IL  60402 |
| Room 873 | kwalin@chicagolegalllc.com |
| Chicago, IL 60604 | |

Joseph Voiland
1625 Wing Road
Yorkville, IL  60560

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd,  Grandview Heights, OH 43212,  before the hour of 5:00 p.m. on January 30, 2014:

Patricia Arvide
373 Brook Street
Elgin, IL  60120

/s/ Cari A. Kauffman

14-000715_KMG2